**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

WANDER SAAVEDRA,                                                    CASE NO.: 6:17-cv-950

    Plaintiff,

vs.

SELECT PORTFOLIO SERVICING, INC.,

    Defendant,
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

__x__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
2015-CA-00767-O, Circuit Court Orange County;
5D16-2538, Fifth District Court of Appeal, Florida

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Date:   June 12, 2017

**BOSS LAW**

*/s/ Christopher W. Boss*
**Christopher W. Boss, Esq.**
Fla. Bar No.: 013183
Service Email: cpservice@protectyourfuture.com
9887 Fourth Street North, Suite 202
St. Petersburg, Florida 33702
Phone: (727) 471-0039
Fax: (888) 503-2182
*Counsel for*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 12, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including the following parties:

R. Carter Burgess, Esq.
McGlinchey Stafford
10407 Centurion Parkway North
Suite 200
Jacksonville, FL 32256
cburgess@mcglinchey.com

                                        */s/ Christopher W. Boss*_____
                                        Christopher W. Boss, Esq.
                                        Fla. Bar. No.: 13183